IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ST. PATRICK CATHOLIC CHURCH, )<br><br>　　　　　Plaintiff,　　　　　　　　)<br><br>v.　　　　　　　　　　　　　　　)<br><br>UNITED STATES OF AMERICA,　)<br><br>　　　　　Defendant.　　　　　　　) | Case No. 1:23-cv-11853-JCB<br><br>Magistrate Judge Jennifer C. Boal |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff St. Patrick Catholic Church and Defendant United States of America stipulate and agree to a dismissal with prejudice. Each party shall bear its own costs, including any possible attorneys' fees.

**ACKNOWLEDGED AND AGREED:**

St. Patrick Catholic Church
By its attorney,


*/s/Thomas P. Quinn*
Thomas P. Quinn (BBO #563469)
McLaughlinQuinn LLC
148 West River Street, Suite 1E
Providence, RI 02904
Tel. (401) 421-5115
Fax. (401) 421-5141
Email: tquinn@mclaughlinquinn.com

United States of America
By its attorneys,

DAVID A. HUBBERT
Deputy Assistant Attorney General Tax
Division, U.S. Department of Justice

*/s/ Thelma A. Lizama (with consent)*
THELMA A. LIZAMA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
Tel. (202) 616-3339
Fax. (202) 514-5238 (fax)
Thelma.a.lizama@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2024, I served a copy of the Joint Stipulation of Dismissal With Prejudice by email to:

Jeffery N. Nuñez, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Email: *Jeffrey.N.Nunez@usdoj.gov*

Thelma Lizama, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Email: *Thelma.A.Lizama@usdoj.gov*

Franklin D. Sandrea-Rivero
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
Email: *Franklin.Sandrea-Rivero@usdoj.gov*

/s/ Kristen R. Alberione
Kristen R. Alberione